IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| CYNTHIA BURNS, an individual; KRISTY HAMBLEN, an individual; GEORGE MCCAUGHAN, an individual; PATRICIA STEBBINS, an individual; MARIA MILLER, an individual; ROSA LINDAHL, an individual; SADIE PERRY, an individual; and FALENE OLSON, an individual, | Case No. 1:23-cv-00857-MC |
| Plaintiffs, | JUDGMENT |
| v. | |
| ASANTE ROGUE REGIONAL MEDICAL CENTER, LLC, a corporation; and ASANTE, dba ASANTE HEALTH SYSTEM, a corporation, | |
| Defendants. | |

MCSHANE, Judge:

    Based on the record, Judgment for Defendants.

    IT IS SO ORDERED.

    DATED this 31st day of July 2025.

                                            ____s/Michael J. McShane_____
                                                      Michael McShane
                                            United States District Judge